W. P. BROWN & SONS LUMBER COMPANY, Brown Realty Company, and Brown Bros. Land & Lumber Company v. COMMISSIONER OF INTERNAL REVENUE.
No. 6492.

Circuit Court of Appeals, Sixth Circuit.
Feb. 8, 1934.

W. W. Spalding, of Washington, D. C., for petitioners.

E. B. Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Dismissed pursuant to motion of counsel for petitioners.